# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2014

Robert P. Young, Jr.,
Chief Justice

149340(103)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARLOS ROBERT GARCIA,
      Defendant-Appellant.
_____/

SC: 149340
COA: 309081
Oakland CC: 2008-221344-FC

     On order of the Chief Justice, the motion of the defendant-appellant to extend the time for filing his reply in this application for leave to appeal is GRANTED. The reply will be accepted as timely filed if filed on or before October 7, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2014

